# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr128-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| | ) | |
| **GLENDA ALBRIGHT ADAMS.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to correct a clerical error in the Judgment pursuant to Rule 36 of the Federal Rules of Criminal Procedure. [Doc. 482].

In her present motion, the Defendant argues that the Judgment contains a clerical error in the statement of her applicable guidelines range. The Defendant raised the substance of this argument on her direct appeal. The Fourth Circuit Court of Appeals held that the Court did not commit any significant procedural error in sentencing the Defendant to 97 months of imprisonment in accordance with the Government's recommendation and accordingly affirmed the Defendant's conviction and sentence. United States v. Adams, 396 F. App'x 953, 955 (4th Cir. 2010) (per curiam).

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to correct a clerical error [Doc. 482] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 22, 2011

Martin Reidinger
United States District Judge